## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **In re:**<br>**JOHN MATSAYKO,**<br>**CATHY MATSAYKO,**<br><br>                    **Debtor.** | **Case No. 09-13512-WV**<br><br>**Chapter 7** |

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW, LYLE R. NELSON, Trustee, of the above-captioned bankruptcy matter, pursuant to Rule 3010 Fed. R. Bankr. P. and reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| **CLAIMANT** | **AMOUNT** |
|---|---|
| Claim No. 12<br>OU Physicians | $0.53 |
| | Total   $0.53 |

The check made payable to the U.S. Bankruptcy Court in the total amount of $0.53, will be deposited with the clerk into unclaimed funds.

DATE: July 15, 2010

s/Lyle Nelson
LYLE R. NELSON, OBA#10914
TWO LEADERSHIP SQUARE
211 NORTH ROBINSON, SUITE 1300
OKLAHOMA CITY, OK  73102
(405) 232-4021
TRUSTEE